# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: Bruce W. Black

Hearing Date: April 1, 2005

Bankruptcy Case No.: 04 B 44972

Adversary No.:

Title of Case: Thomas J. Labanauskas

Brief Statement of Motion: Trustee's motion to dismiss

Names and Addresses of moving counsel: Glenn B. Stearns.

Representing:

## ORDER

It is Ordered that the Trustee's motion to dismiss is withdrawn.

*/s/ Bruce W. Black*
pc

6/11/99