UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: BLACK         Hearing Date 4/1/05 (3-11-05 crossed out)

Bankruptcy Case No. 04-44972      Adversary No. _____

Title of Case  THOMAS LABANAUSKAS

Brief Statement Motion: MOTION TO AMEND PLAN

Names and Addresses of Moving Counsel: LEHMAN AND FOX  6 EAST MONROE #1004  CHGO IL 60603

Representing: DEBTOR

ORDER

IT IS HEREBY ORDERED THAT THE PLAN PAYMENT IS INCREASED FROM $1881.00 TO $2081.00 PER MONTH

/s/ Bruce W. Black