UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: __BLACK__   Hearing Date __4/1/05__

Bankruptcy Case No. __04-44972__ Adversary No. _____

Title of Case __THOMAS LABANAUSKUS__

Brief Statement Motion: __MOTION TO AMEND § 49 OF THE PLAN__

Names and Addresses of Moving Counsel: __LEHMAN AND FOX, 6 E. MONROE, # 1004, CHGO IL 60603__

Representing __DEBTOR__

## ORDER

IT IS HEREBY ORDERED THAT § 49 OF THE PLAN IS AMENDED TO PAY WILSHIRE CREDIT CORPORATION $83,819.59 AS ARREARAGES

_Bruce W. Black_ pc