# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: *Thomas J Labanauskas*                    )        *04 B 44972*
                                                 )
                                                 )
           **Debtor(s)**                         )        **Judge Bruce W Black**

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on _12/7/04_, (as modified by the amendments filed on _4/1/05_ )

having been found by the court to comply with the provisions of 11 U.S.C. § 1325, **THE PLAN IS HEREBY CONFIRMED.**

*(Language required by Standing Order No.12)* Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation.

Dated: _4/1/05_

_____
Bankruptcy Judge