# Glenn Stearns

Chapter 13 Trustee
4343 Commerce Ct Ste. 120
Lisle, Illinois 60532
Telephone 630-577-1313 x234
Fax 630-577-1341

May 10, 2005

WILSHIRE CREDIT CORPORATION
P.O. BOX 8517
PORTLAND, OR 97207-8517

RE: 04-44972          Thomas Labanauskas
Chapter 13

    Our record shows a duplicate claim was filed in the above case.  The claim will be treated as follows:

**A claim filed secured on 1/19/05 in the amount of $83563.95.**
**A second claim filed secured on 1/21/05 in the amount of $83819.39.**
Please **withdraw** the claim filed on 1/21/05 for $83819.39.

Sign the affidavit below to acknowledge your agreement.
**Please return this letter and the affidavit in its entirety so it may be filed with the court.**

Very truly yours,

*Denise Suydam*

Denise Suydam
Claims Administrator
Glenn Stearns, Chapter 13 Trustee

## WITHDRAWAL OF CLAIM

I do hereby withdraw the claim in the amount of **$83819.39 filed on 1/21/05** on behalf of
**Homecomings Financial Network.**

Print your name: _Kathy Jolly_

Signed: _____          Title: _Sr. Bankruptcy Spec_

Date: _6-6-05_                              Telephone no.: _888-313-7537 x7178_

WWW.LISLE13.COM