# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Bruce W. Black

**Hearing Date** April 13, 2007

**Bankruptcy Case** 04 B 44972

**Adversary No.**

**Title of Case** Thomas Labanauskas

**Brief Statement of Motion** Trustee's Motion to Dismiss for Failure to Make Plan Payments

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Motion withdrawn.

*/s/ Bruce W. Black*
U. S. Bankruptcy Judge Bruce W. Black