IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Thomas J. Labanauskas

Debtor

Bankruptcy No. 04-44972
Judge Bruce W. Black (Joliet)
Chapter: 13

## NOTICE OF ITEMIZATION OF OUTSTANDING OBLIGATIONS

Pursuant to the Chapter 13 Trustee's Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of the Debtor's Plan, Wilshire Credit Corporation as servicer for Homcomings Financial Network, Inc., its successors in interest, agents or assigns, gives notice of unpaid outstanding payment obligations due as of the date of this notice.

At the present time, there are unpaid escrow advancements due in the net balance due of $3,111.19, relating to escrow advancements made for the payment of real estate taxes and homeowner's insurance. The two most recent payments relate to payments made for insurance on the following dates:

| | |
|---|---|
| August 13, 2008 | $1,903.00 |
| January 21, 2009 | $1,264.00 |

Additionally, Movant has incurred attorneys fees of $50.00 associated with the filing of this notice and requests reimbursement of the same.

Pursuant to the terms of the confirmed plan, the debtor may (i) within 30 days of the service of this statement, challenge the accuracy of the statement by a motion filed with the court as a contested matter with notice to the mortgage holder, and the standing trustee or (ii) propose a modified plan to provide for payment of the additional amounts that the debtor acknowledges or the court determines to be due. To the extent that the amounts set for on this statement of outstanding obligations are not determined by the court to be invalid or are not paid by the debtor through a modified plan, the right of the mortgage holder to collect these amounts will be unaffected.

CERTIFICATE OF SERVICE

TO:   Thomas J. Labanauskas, 13520 S. Potowatomi, Lockport, IL 60441
      Glenn B. Stearns, 4343 Commerce Court, Ste 120, Lisle, IL 60532
      Beth A. Lehman, 6 E. Monroe, Suite 1004, Chicago, IL 60603
      William T. Neary, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Andrew E. Houha, an attorney certify that I served this notice of itemization of outstanding obligations mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 39 S. LaSalle St., Chicago, IL 60603 on or before 5:00

p.m. on March 2, 2009.  The remaining parties were served by the CM/ECF electronic noticing system.

        /s/ Andrew E. Houha
        Andrew E. Houha, ARDC #6216265
        Attorney for Wilshire Credit Corporation

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
39 S. LaSalle, Suite 400
Chicago, Illinois 60603
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE